UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIERRA GONZALEZ,<br><br>                        Plaintiff,<br><br>-against-<br><br>RYAN HEALTH NENA; LETITIA JAMES; JONATHAN FRIED,<br><br>                       Defendants. | 24 CIVIL 6917 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the August 11, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: October 20, 2025

       New York, New York

                                                  /s/ Laura Taylor Swain
                                               LAURA TAYLOR SWAIN
                                          Chief United States District Judge